UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GREYSTOKE,<br><br>                Petitioner,<br><br>    v.<br><br>CLALLAM COUNTY CORRECTIONS FACILITY,<br><br>                Respondent. | CASE NO. 3:17-cv-05529-RBL-JRC<br><br>ORDER DENYING MOTION FOR TELECONFERENCE |

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

    Before the Court is petitioner John Greystoke's motion for a teleconference. Dkt. 13. He appears to ask the Court to hear the grounds for his habeas petition on the merits. *Id*. at 3. The Court has not yet screened petitioner's habeas petition and therefore has not yet served it on respondent. Thus, respondent has not appeared or responded to the petition. Because of this, a

teleconference or other hearing is not warranted at this time. Rules Governing Habeas Corpus Cases Under Section 2254, Rule 8(a).

Therefore, the Court denies the motion for a teleconference (Dkt. 13) without prejudice. Petitioner may refile the motion if he believes a telephonic hearing is later warranted.

Dated this 2nd day of November, 2017.

J. Richard Creatura
United States Magistrate Judge