# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOHN GREYSTOKE,

    Plaintiff,

v.

CLALLAM COUNTY CORRECTIONS FACTILITY,

    Defendant.

CASE NO. 3:17-CV-05529-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner has not presented a challenge appropriate under 28 U.S.C. § 2254. Because it plainly appears that petitioner is not entitled to his requested relief, even if provided leave to amend, petitioner's habeas petition is dismissed.

**DATED** this 22nd day of December, 2017.

Ronald B. Leighton
United States District Judge